# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　**Plaintiff,**<br><br>　vs.<br><br>**MACKENZIE HOFFER,**<br><br>　　　　　　**Defendant.** | **Case Number: 8:14CB8-TDT**<br>**Violation Number: 0984484-NE55**<br><br>**ORDER** |

　　　　On the motion of the United States Attorney's Office, the above-referenced matter is hereby dismissed without prejudice.

　　　　**ORDERED** this 4th day of September, 2014.

　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　s/ Thomas D. Thalken
　　　　　　　　　　　　United States Magistrate Judge